IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOE HAND PROMOTIONS, INC.

    Plaintiff,

vs.                                        CIV 15-0145 LH/KBM

PHILLIP CHAVEZ d/b/a THE GRILL

    Defendant.

### ORDER OF DISMISSAL

**THIS MATTER** having come before the Court upon a Joint Motion to Dismiss filed herein by Plaintiff Joe Hand Promotions, Inc., by and through its attorney of record Dathan Weems, Dathan Weems Law Firm, LLC. (Dathan Weems) and Defendant, Phillip Chavez praying for an Order dismissing the claims contained in Plaintiff's Complaint filed herein and the causes of action therein against Defendants with prejudice, on the grounds that all matters in controversy between Plaintiff and Defendants have been settled, and the Court having read the pleadings and being fully advised in the premises, FINDS:

The Court has jurisdiction over the parties and the subject matter herein and that said Motion to Dismiss with Prejudice the claims and causes of action in Plaintiff's Complaint against Defendants is well taken and should be granted. The Court will retain jurisdiction to enforce the terms of the settlement agreement until February 2017.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that all claims contained in Plaintiff's Complaint filed herein and the causes of action against Defendants be, and the same hereby are, dismissed with prejudice.

_____
**UNITED STATES CHIEF MAGISTRATE JUDGE**
**Presiding by Consent**

Respectfully submitted:

*/s/ Dathan Weems*_____
Dathan L. Weems
108 Wellesley Dr. SE
Albuquerque, NM 87106
(505) 247-4700
*Attorney for Plaintiff*

Approved by:

*Approved and signed 5/2/16*____
Phillip Chavez
Defendant Pro Se